979 A.2d 837

Percy FAVORS, Petitioner

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS and the Pennsylvania Board of Probation and Parole, Respondents.

No. 101 EM 2009.

Supreme Court of Pennsylvania.

Aug. 13, 2009.

*ORDER*

PER CURIAM.

AND NOW, this 13th day of August, 2009, the Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED,

---

979 A.2d 838

PENNSY SUPPLY, INC., Appellant

v.

McDERMITT CONCRETE, INC., a/k/a Caco Three, Inc. and Commonwealth of Pennsylvania, Department of Environmental Protection, Appellees.

Supreme Court of Pennsylvania.

Aug. 17, 2009.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of August, 2009, the Order of the Commonwealth Court is hereby AFFIRMED, and Appellant's Application for Oral Argument is DENIED.